| Prob 22 (Rev. 2/88) VAE (Rev. 1/24) | **DOCKET NUMBER** *(Tran. Court)* |
| --- | --- |
| # TRANSFER OF JURISDICTION | 3:21CR00063-001 |
| | **DOCKET NUMBER** *(Rec. Court)* |
| | 3:24-cr-00146 |

| **NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**<br><br>Belfrey Lamonte Williams | **DISTRICT**<br>Eastern District of Virginia | **DIVISION**<br>Richmond |
| --- | --- | --- |
| | **NAME OF SENTENCING JUDGE**<br>The Honorable Henry E. Hudson | |
| | **DATES OF PROBATION /SUPERVISED RELEASE:** | **FROM** 01/05/2024 | **TO** 01/04/2027 |

**OFFENSE:**
Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846.

## PART 1 - ORDER TRANSFERRING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the MIDDLE DISTRICT OF TENNESSEE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 9, 2024
*Date*

/s/ Henry E. Hudson
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 25, 2024
*Effective Date*

Eli Richardson
United States District Judge