UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA     CASE NO: **3:24-cr-00146-1**
                                                   JUDGE RICHARDSON

V.

BELFREY LAMONTE WILLIAMS
_____/

**DEFENSE COUNSEL'S REQUEST FOR A COPY OF THE PSR**

       Counsel for Mr. Williams respectfully requests the Court to direct the U.S. Probation Department to provide counsel with a copy of his client's PSR. Counsel has been appointed to represent Mr. Williams regarding the possible early termination of his supervised release.. Counsel has been advised that current probation department policy requires a court order to obtain a copy of the defendant's PSR, particularly when the defendant was prosecuted and sentenced in another district. Mr. Williams' case was transferred from the Eastern District of Virginia.(D.E. 2.) Counsel hates to burden the Court with such administrative matters but moving forward with Mr. Williams' representation necessitates counsel having to comply with the probation department's policy.

                                         Respectfully Submitted,


                                         /S/ <u>LAWRENCE J. ARNKOFF</u>
                                         LAWRENCE J. ARNKOFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Request for a Copy of the Defendant's PSR was electronically filed in the ECF and mailed to Criminal Division Chief AUSA Ahmed Safeeullah and USPO Tori Siciliano this 21st day of July, 2025.

Respectfully Submitted,

/S/ LAWRENCE J. ARNKOFF
LAWRENCE J. ARNKOFF
TENNESSEE BAR # 026140
ATTORNEY FOR DEFENDANT
Larnkoff@gmail.com
5115 MARYLAND WAY
BRENTWOOD TN 37027
TEL: 615-973-4570